UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                Case No. 5:12-mj-1031-Oc-TBS

LUIS MATEO-MATEO,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Motion for Use of Laptop Computer During Deposition. (Doc. 13). Pursuant to Local Rule 3.01(g), counsel for Defendant represents that Plaintiff's attorney has been contacted and has no objection to the requested relief. (Id. ¶ 5). Upon due consideration, Defendant's motion is GRANTED. The undersigned hereby permits Defendant to use a laptop computer during the depositions of witnesses Maria Hernandez-Vazquez and Jose Javier Albarenga-Monje.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Orlando, Florida, on July 12, 2012

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel